IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF: ) CASE NO. 07-53846
) JUDGE SHEA-STONUM
JAMES A. SABO ) CHAPTER 7
SUSAN R. SABO )
)
DEBTORS )

## TRANSMITTAL OF UNCLAIMED FUNDS

KATHRYN A. BELFANCE, Trustee of this estate, reports the following:

1. Sixty days have passed since the initial distribution in this case. The following checks have been returned undeliverable and/or stop payments have been issued on all outstanding checks. The names of the persons to whom such un-negotiated checks were issued, the amount of such checks and their last known addresses are:

AKRON GENERAL MEDICAL CENTER $14.90
P.O. BOX 931729
CLEVELAND, OH 44193-1836

2. Trustee's check for $14.90, payable to the Clerk of the United States Bankruptcy Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: June 1, 2010

/KATHRYN A. BELFANCE
KATHRYN A. BELFANCE
TRUSTEE

Ck #113
receipt # 81514

07-53846-mss    Doc 42    FILED 06/02/10    ENTERED 06/02/10 13:58:57    Page 1 of 1